IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-108-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LONNIE HAWLEY, III, | ) | |
| | ) | |
| Defendant. | ) | |

In this case, with arraignment and trial noticed to commence November 3, 2025, the court hereby orders the following deadlines for pre-trial activities. The government shall provide its expert witness disclosures to defendant, under Rule 16(a)(1)(G), by **October 24, 2025,** and defendant shall provide expert witness disclosures under Rule 16(b)(1)(C) by the same date.

Not later than **October 27, 2025,** the parties shall file their proposed jury instructions and voir dire. The government shall file a proposed verdict form by that same date.

SO ORDERED, this the 22nd day of October, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge